IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN SEGURA,<br>　　Plaintiff, | §<br>§<br>§ | |
| V. | § | Civil Action No. 5:16-CV-468-XR |
| CATERPILLER, INC.<br>　　Defendant. | §<br>§<br>§<br>§ | |

**NOTICE OF NONSUIT**

TO THE HONORABLE COURT:

COMES NOW, **Plaintiff Juan Segura** and files this **Notice of Nonsuit**, and would show the Court as follows:

I.

Plaintiff and **Defendant Caterpillar, Inc.** have resolved their differences through settlement. Therefore, Plaintiff no longer wishes to prosecute this claims against **Defendant Caterpillar, Inc.,** and requests a nonsuit with prejudice against **Defendant Caterpillar, Inc.** The parties have agreed that each party shall bear their own costs.

Because there are no pending counterclaims by any party, such nonsuit ends this case in its entirety.

THEREFORE, Plaintiff requests this case be nonsuited and seeks an order acknowledging dismissal of this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ R. Scott Westlund by permission
　　　　　　　　　　　　　　　　R. Scott Westlund
　　　　　　　　　　　　　　　　SBN 24083152

　　　　　　　　　　　　　　　　**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

4837-0411-1713v.1

OF COUNSEL:

Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas  78232
210/490-7402
Fax: 210/490-8372
scott@krwlawyers.com

## CERTIFICATE OF SERVICE

  I hereby certify that on 12th of April, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

  Clifford L. Harrison
  State Bar No. 09113800
  charrison@munsch.com
  Carrie Schadle
  State Bar No. 24051618
  cschadle@munsch.com
  **700 Milam, Suite 2700**
  **Houston, Texas  77002**

  *Attorney for Defendant*

           /s/ B. Lee Wertz, Jr.
          B. LEE WERTZ, JR.

4837-0411-1713v.1